## Commonwealth *v.* Tillman, Appellant.

Submitted

December 16, 1975. *Richard A. DeMichele*, for appellant; *Carlos M. Morcate*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.